UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

IN RE:  **Humberto Quintana**

**Sonja Quintana**

                       Debtor(s)                  Case No.   **14-35302-KLP**

                                                                  Chapter 13

## ORDER APPROVING ATTORNEY COMPENSATION

      The America Law Group, attorneys for Debtors(s) filed an application for supplemental compensation stating that they are entitled to receive, as supplemental compensation, the amount of $1,772.27 in connection with the following:

      The Attorneys have provided services to the Debtor(s) in connection with the filing of an Adversary Proceeding to Determine Validity, Extent and Priority of Lien pursuant to 11 U.S.C. § 506(a) on 12-21-12 resulting in a Judgment in favor of Debtor(s) entered by the Court on 03/18/2015

      There being no objection filed to the application for compensation in this matter to date in the amount of $1,772.27 and that the Chapter 13 trustee, Suzanne E. Wade**,** is authorized to pay an additional $1,772.27 to America Law Group from the next funds paid by or on behalf of the debtor to the Chapter 13 plan.

                                            UNITED STATES BANKRUPTCY COURT

Aug 31 2015                             By /s/ Keith L. Phillips

                                                       Judge

Entered on Docket:9/1/15

Notice of Order Entered on Docket

-

I ask for this:

/s/ Richard J. Oulton

Richard J. Oulton, Esquire VSB#29640

America Law Group, Inc.

2312 Boulevard
Colonial Heights, VA 23834
(804)520-2428

Seen and agreed

/s/ _Suzanne E. Wade

Suzanne E. Wade, Chapter 13 Trustee

Certification

I hereby certify that this Order has been endorsed by all necessary parties to this matter.

/s/ Richard J. Oulton

Richard J. Oulton Esquire

Please send a copy of this Order to:

Suzanne E. Wade, Trustee

By ECF Transmission

Humberto Quintana

Sonja Quintana

8725 South Boones Trail Road

Richmond, VA 23236